THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Elbert Carson Boan, Jr.,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No.2004-UP-102
Submitted December 23, 2003  Filed 
 February 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office 
 of Appellate Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondents.
 
 
 

PER CURIAM:  Elbert Carson Boan, Jr., appeals 
 the revocation of his suspended sentence.  Boans appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Boans appeal is without merit.  The issue briefed by counsel concerns whether 
 the trial court abused its discretion in revoking seven years of Boans suspended 
 sentence.  Boan has not filed any documents on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Boans appeal 
 and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.